# United States District Court
## For The Western District of North Carolina
## Statesville Division

WILLIAM G. WELBORN,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:04CV179

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2009, Order.

                                             Signed: February 17, 2009

                                             Frank G. Johns, Clerk
                                             United States District Court