IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:04CV179-DCK

| | |
|---|---|
| WILLIAM G. WELBORN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### JUDGMENT

Pursuant to the Order of this Court filed on _____, 2009 and for the reasons stated therein, it is hereby ordered that the final, fully favorable Decision of the Commissioner of Social Security issued after this case had been remanded be affirmed.

Signed: February 17, 2009

David C. Keesler
United States Magistrate Judge